UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN AND SHARON GIGLIOTTI h/w )<br>)<br>      Plaintiff, )<br>)<br>      vs. )<br>)<br>WELTMAN, WEINBERG & REIS )<br>CO., L.P.A. )<br>      Defendant ) | Case Number: 11-0006 |

## STIPULATION OF DISMISSAL

AND NOW, this 2nd day of June, 2011, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Bruce K. Warren*
Bruce K. Warren, Esquire
Attorney for Plaintiff

Weltman, Weinberg & Reis Co., L.P.A.

BY: /s/ *Michael J. Dougherty*
Michael J. Dougherty, Esquire
Attorney for Defendant